# EXHIBIT A

## DANIEL R. MEACHUM & ASSOCIATES, LLC
### ATTORNEYS AT LAW

44 BROAD STREET, NW
SUITE 805
ATLANTA, GEORGIA 30303

TELEPHONE: (404) 521-0029
FACSIMILE: (404) 521-0030
WEBSITE: dmeachumlaw.com

DANIEL R. MEACHUM, ESQ.
LICENSED: GEORGIA AND PENNSYLVANIA
dmeachum@dmeachumlaw.com

OF COUNSEL

JAMES D. WILLIAMS, ESQ.
LICENSED: NORTH CAROLINA

November 6, 2017

**VIA FEDEX & CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Attn: Risk Management Department
Georgia Department of Administrative Services
200 Piedmont Avenue SE, Ste. 1208 West Tower
Atlanta, Georgia 30334

Attn: Angela Davis
Jarrard & Davis
105 Pilgrim Village Drive, Ste. 200
Cumming, Georgia 30040

Attn: Chris McMichael / Judy Roberts
Barrow County School System
179 West Athens Street
Winder, Georgia 30680

To the Parents of Mr. Clayton Crowe
1406 Perkins Road
Winder, Georgia 30680

Re:   Ante Litem Notice
      Injured Party:                    Jasmine Isaacs
      Date of Injury /
      Date Injury Discovered:   Oct. 7, 2016 / May 1, 2017
      Location:                        Barrow County – Apalachee High School

Dear Chris McMichael / Judy Roberts,

Please be advised that this firm has been retained by Gail Isaacs, the mother and guardian of Jasmine Isaacs, to represent Jasmine Isaacs in her personal injury claims against Mr. Clayton Crowe, Barrow County and the Barrow County School System arising from the assault and battery forced upon Jasmine Isaacs by Mr. Crowe. This incident occurred on October 7, 2016, while both students, Clayton Crowe and Jasmine Isaacs, attended the Apalachee High School's Chee Fest school function. During Chee Fest, both Jasmine Isaacs and Mr. Crowe met behind the baseball field to hang out. While together Mr. Crowe proceeded to grab Jasmine by the buttocks pulling her closer to him, kiss her and pull her pants downs to perform sexual intercourse with

November 6, 2017
Page 2

her against her will and without consent. As a result of the Apalachee High School's negligence in securing adequate security and student monitoring during the Chee Fest event, Jasmine Isaacs was physically assaulted and raped by Mr. Crowe. Since the assault, Jasmine has suffered severe emotional distress, including anxiety, post traumatic stress disorder, fear of attending school, sleep deprivation, failure to concentrate and properly function while in school, and has struggled with suicidal thoughts and feelings of worthlessness.

For statutory purposes, we submit that although the physical assault occurred on October 7, 2016, the Barrow County School Board did not render their "Notice of Findings" coining the incident as rape until November 15, 2016 and the Barrow County District Attorney's Office did not confirm Jasmine Isaacs's "Rape Kit" until May 1, 2017. Given the foregoing, specifically the May 1, 2017, date of discovery and confirmation, it is our position that this notice is timely and well within the proscribed statutory limits. At all times relevant the Apalachee High School's principal, Apalachee High School Teachers and Chee Event Coordinators and the Barrow County School system had a duty to secure adequate security and/or personnel and protect their students from injury and harm which may occur within its premises. Furthermore, Apalachee High School and the Barrow County School Board lacked adequate security measures at the Apalachee school event and/or student monitoring which would ensure the protection and safety of their students on campus grounds. The purpose of this letter is to comply with any ante litem notice requirements proscribed by O.C.G.A. §36-11-1.

As counsel for Ms. Gail Isaacs and her then minor child Jasmine Isaacs, I am presenting their claim for general and special damages, both past and future, including but not limited to medical expenses, pain and suffering and any other damages allowed under Georgia law. Although our investigation is still ongoing, we believe this incident is compensable and demand $1.2 million dollars for Jasmine Isaacs' injuries.

Thank you for your time and attention in this matter.

Sincerely,

DANIEL R. MEACHUM & ASSOCIATES

Daniel R. Meachum

**DANIEL R. MEACHUM & ASSOCIATES, LLC**

