# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA GAINESVILLE DIVISION

| | |
|---|---|
| J.I., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BARROW COUNTY BOARD OF )<br>EDUCATION; BARROW )<br>COUNTY SCHOOL SYSTEM, )<br>Dr. Chris MCMICHAEL in his )<br>official capacity; Jennifer )<br>MARTIN, and Angela BOYD, in )<br>their official and individual )<br>capacities; and Keith B. CROWE )<br>and Tonya R. CROWE in their )<br>individual capacity and as )<br>guardian of C.C. )<br>)<br>Defendants. | Case No. _____ |

## AFFIDAVIT

**STATE OF GEORGIA**

**COUNTY OF FULTON**

PERSONALLY APPEARED before the undersigned officer duly authorized to administer oaths, Lawanda Harmon, PhD, MS, Pst-Doc., who after being duly sworn states as follows:

1

1.

I, Lawanda Harmon, PhD, MS, Pst-Doc., am currently a psychologist licensed to practice psychotherapy in the State of Georgia with a specialized focus in Clinical Psychology and Clinical Mental Health Counseling. In addition, I have extensive experience in Cognitive and Behavioral techniques as well as in Emotional, personality, and Trauma focused interventions; further, I was a licensed clinician at the time of the incident which forms the subject matter of the case for which I offer this affidavit.

2.

I graduated and received my B.S. from Pace University in 2009.

3.

I graduated and received a Masters Degree in Clinical Psychology and Clinical Mental Health Counseling from Walden University, Minneapolis, MN, USA in 2011; and began working at Community Friendship, Inc. as an individual and group therapist.

4.

I then continued my education and graduated and received a Doctoral Degree in Clinical Psychology from Walden University, Minneapolis, MN, USA in 2018.

5.

I have over 10 years of clinical experience in the field of mental health. I am also a professional member of the American Psychological Association and the Association of Black Psychologist. I am qualified to give this Affidavit.

6.

This Affidavit is based on my personal knowledge, my education, training and experience as a psychologist, upon my treatment and evaluation of Ms. Jasmine Isaacs, and my review of prior medical records and psychological report and findings pertaining to the care and treatment of Ms. Jasmine Isaacs.

7.

I have personally severed as Ms. Jasmine Isaacs', a now twenty year old female, therapist since 2019 in which I have been treating her for trauma, among other things, associated with an October 7, 2016 sexual assault.

8.

According to Ms. Isaacs' previous medical record and psychological report, Ms. Isaacs began psychological therapy directly after the assault and has continued treatment and currently is being treated.

9.

Based upon my assessments and evaluations of Ms. Isaacs, I administered the Basic Personality Inventory (BPI) and the Minnesota Multiphasic Personality Inventory-Second Edition (MMPI-2 RF), which revealed the following: Jasmines suffers from co-morbid consideration of 301.50 (F60.4) Histrionic Personality Disorder, 314.01 (F90.2) Attention-Deficit /Hyperactivity Disorder, Combine presentation, Moderate, 309.81 (F43.10) Posttraumatic Stress Disorder, and F41.8 (300.09) Other Specified Anxiety Disorder, mixed experiences of Social and General Anxiety Disorders. Additional diagnoses requiring clinical attention include Z62.820 (V61.20) Parent- Child Relational Problem as well as V62.3 (Z55.9) Academic or Education Problem. *(See* **Psychological Report attached and marked Exhibit "A".)**

3

10.

Though Ms. Isaacs suffered from cognitive deficits and Attention-Deficit /Hyperactivity Disorder prior to the 2016 sexual assault, her symptoms have significantly increased and have been exacerbated due to the assault. As a direct result of the sexual assault, Ms. Isaacs has developed Posttraumatic Stress Disorder, Depression, an increased level of Histrionic Personality Disorder, and a high level of fear and codependency.

11.

It is my opinion, to a reasonable degree clinical certainty, that at this time and since the 2016 sexual assault, Ms. Isaacs' assailant took advantage of her with knowledge of her cognitive delays. As a result, Ms. Isaacs is a strong victim of Posttraumatic Stress Disorder and has a high level of fear which has incapacitated her ability to manage the ordinary affairs of her life, including but not limited to, an inability to provide self care for herself without direct assistance from her mother. A few examples include Ms. Isaacs' failure to bathe and take her daily medications without prompting and direction, as well as an inability to manage her financial affairs independently.

12.

Testing has indicated that Ms. Isaacs' is not able to think in a manner that can better manage her life in a more constructive, consistent manner, Jasmine would best benefit from psychotherapy geared towards individuals who present with adaptive life skill problems as well as present with a history of doing poorly within non-structured, peer-normed environments.

13.

As a direct result of the 2016 sexual assault, Ms. Isaacs has developed a high level of fear in her everyday life which has developed into a strong case of codependency on her mother which has culminated to an inability for Ms. Isaacs's to independently survive without her mother at the present time.

14.

It is my opinion, to a reasonable degree clinical certainty, that at this time and since the 2016 sexual assault, Ms. Isaacs's diagnoses have rendered her mentally and physically incapable of managing the ordinary affairs of her life and her ability to independently reside on her own.

15.

The Affidavit is given pursuant to and in compliance with the provisions of O.C.G.A. § 9-11-9.1. It is not intended to encompass all of the opinions presently held by me. Rather, as a discovery progresses and additional information becomes available, I reserve the right to modify, alter or form additional opinions.

**FURTHER AFFIDAVIT SAYETH NOT:**

_____
Lawanda Harmon, PhD.

Sworn to and subscribed before me

This 24th day of March, 2020.

My Commission Expires: June 13, 2020

5



**Re-Mapping Minds, LLC**
Psychological Services for Individuals, Couples & Families

## Clinical Report: Brief Summary of Findings

**Relevant history**

Ms. Jasmine Isaacs has turned to the services of this provider to determine a diagnostic impression of her emotional, mood, and behavioral concerns. Emotional and mood conflicts have been evident among a number of environments for years. Jasmine has received community-based interventions. Among records supplied by Ms. Isaacs, strategies have served to better manage poor interpersonal relations as well as executive functioning challenges and memory difficulty. Jasmine's medical history is not eventful. Information garnered from the testing will help to determine a diagnostic impression and recommendations to help her better manage her symptoms. Current challenges include familial distress, life skill achievement problems and negative peer interactions.

Mrs. Isaacs indicated that she is generally concerned about her daughter's welfare and that, the lack of adequate services may further contribute to her issues with parenting her and gaining compliance. When asked about Jasmine's, father's involvement; i.e., Mr. Isaacs, Mrs. Isaacs indicated that she has not received the support that she desires. Of interest, Jasmine has had a history of emotional difficulty being separated from her father; often with sadness. In addition to concerns with anger directed at her and others, Mrs. Isaacs believes that Jasmine's emotional and poor mood regulation could improve.

She further indicated that Jasmine is unable to make independent decisions which limit her ability to support and make decisions for self. Other psychosocial highlights included Jasmine's enrollment within an Individualized Education Plan for cognitive and learning impairments. Mrs. Isaacs as well as Jasmine referenced concerns with limited but at times over interaction with peer associations, a presentation of mood challenges, social skill problems as well as difficulty with anger management, decision making and goal setting; strengths are reportedly difficult to ascertain.

Regarding her medical history and health status, Mrs. Isaacs indicated that Jasmine has met developmental milestones later than her peer group, including with speech, academic, and fine motor skill development. She added that she has received treatment and was prescribed medication for Attention Deficit Hyperactive Disorder (ADHD) as well as for Depression, a Mood Disorder, and Post-Traumatic Stress Disorder (PTSD). Mrs. Isaacs admitted past medication was not effective. Jasmine's is currently prescribed psychotropic medications such as, Trileptal 600mg and Concerta 54 mg. However, Jasmine's continues to present with challenges with sleep (averaging 2-3 hours nightly), excessively isolated from family, unable to control mood and emotional function, as well as stay focused and tentative to tasks.

**Clinical findings/Diagnostic impression**

To obtain a general assessment of Jasmine's emotional and personality challenges, she was administered the Basic Personality Inventory (BPI). The BPI is a multiphasic personality inventory consisting of 240 true/false items intended for use with both clinical and normal populations to identify sources of maladjustment and personal strengths. In Jasmine's case, the BPI clinical profile suggests emotionally instable, as she is inclined to be downhearted and looks at her future pessimistically. Although Jasmine's endorsements on the testing revealed a trend towards moodiness, hopeless, and concerns with making poor decisions, the BPI indicated she is likely to report a usual feeling of confidence, cheerfulness, and persistence, even when experiencing disappointment. While individuals with similar responding as Jasmine may be critical, argumentative and resentful, her responding to the task also confirmed that her management to stress is relatively not within normal range, as she may become combative and aggressive. Further, given her current situation, Jasmine is more likely to express concerns with interpersonal relationships as being problematic and difficult. In addition, test results indicated she may report experiences of family alienation, and annoyed or frustrated by changes in routine.

The Minnesota Multiphasic Personality Inventory-Second Edition (MMPI-2 RF) is one of the most frequently used personality tests in mental health. Appropriate for use with adults 18 and over, the MMPI-2 RF is used to identify personality structure and/or psychopathology. Further, the MMPI-2 has 338 true/false items for administration. Based upon Jasmine's responding to the task, testing revealed that she has a tendency to be unrealistically virtuous and that, she is likely to be unwilling or unable to disclose personal information. The reasons may include a desire to present self in a favorable manner and imagine relationships to be more than the present themselves, even in stressful situations. Testing further confirmed concerns to emotional liability, moodiness, socially aversive, significant fears of not being considered most important, as well as social anxiety and depression. In addition, the test indicated that she is likely to have elevated feelings of anger, experience irritability and impatience, impulsivity, concerns with judgment, and has a history of making verbal threats. Furthermore, Jasmine's conduct presents as a challenge as she is indeed likely to engage in oppositional behavior. In addition, others may experience her as frequently disorganized, disheveled, not easily understood, emotionally volatile, and alienated. Jasmine's responding to the MMPI revealed no concerns with reliability and validity to answering testing questions; caution for interpreting her challenges were not warranted.

The MMPI 2 RF as well as the BPI indicated she presents with problems with cognitive abilities and concentration and not likely to present herself physically favorably in the presences of her peer group. Jasmine's MMPI-2 RF indicators further suggest she lacks accurate perception of her emotional condition, insight to her emotional and behavioral outcomes, as well as lacks self-independence. These indications suggest internal conflicts appear as she struggles to accept or even draw resources to manage the mood intensity or even engage in independent acts.

Based upon the administration of the Basic Personality Inventory (BPI) and the Minnesota Multiphasic Personality Inventory-Second Edition (MMPI-2 RF), co-morbid consideration of **301.50 (F60.4) Histrionic Personality Disorder, 314.01 (F90.2) Attention-Deficit /Hyperactivity Disorder, Combine presentation, Moderate**, 309.81 (F43.10) **Posttraumatic Stress Disorder,** and **F41.8 (300.09) Other Specified Anxiety Disorder, mixed experiences of Social and General Anxiety Disorders**. Additional diagnoses requiring clinical attention include **Z62.820 (V61.20) Parent-Child Relational Problem** as well as **V62.3 (Z55.9) Academic or Education Problem**. Consider the following recommendations.

**Recommendations**

1. Jasmine's symptoms having proven to be very difficult to diagnosis. Her concerns are consistent with the DSM criteria for meeting ADHD, see DSM 5. Jasmine equally has social challenges with others and easily triggered when distressed. While this doctor recommends the continued use of medication, a follow-up with her primary care physician would ensure that dosage levels are appropriate and can address side effects most associated with it use. Generally speaking, concerns with taking a prescribed stimulant or salt could lead to sleep challenges. As reported by Mrs. Isaacs as well as Jasmine, Jasmine is averaging two to three hours a night of rest which will likely lead to enhanced focus and behavioral challenges the following day. To wit, Mrs. Isaacs is encouraged to contact Jasmine's doctor to discuss benefits associated with taking a prescribed melatonin. Further, the administration of Risperdal (Risperidone) reportedly has some benefit for calming, managing appetite, and could aide with sleep challenges.

2. Jasmine has attempted to achieve academically within the past and required accommodations to ensure her success. While able to present with minimal concerns to learning difference, the MMPI-2 RF indicated concerns to focus and attention abilities as well as impulsivity. The BPI further suggests challenges with impulsivity, social adjustment,

and withdrawn behaviors are persistent. To wit, current educational setting is encouraged to maintain a range of services to assist her with her challenges. Accommodations through assigned front seating, extra test and homework time, as well as note taking assistance could assist towards academia success.

3. This provider has considered the collateral data offered by Mrs. Isaacs and past psychological assessments. Among diagnostic impressions is rule-out for Cognitive Challenges, Learning Disabilities or other Personality Disorder. To determine if Jasmine present mood or behavioral difficulty is consistent with her findings, the MMPI-2 RF was offered. The MMPI-2 RF confirmed that Jasmine presents with: socially aversive or guarded behavior; that she may attempt to limit her interactions; appear emotionally withdrawn; compare herself unfavorably to others; lack self confidence, and experience moments of depression associated with her life's circumstances. Her endorsements additionally revealed that she could benefit from treatment focused on reducing her social anxiety and interactions and further improve her social skills training. Jasmine would benefit from a therapist trained in provided specific therapeutic interventions that are geared towards assisting with personality and emotional functioning, particularly when testing confirmed her difficulty forming emotional and constructive bonds with others.

4. To assist with determining Jasmine's emotional functioning, particularly when prior testing revealed cognitive complaints, the BPI test was administered. By definition the BPI test can assess adaption problems, better understand of thinking style as well as assess responding to stress, affect and interpersonal experience among others. Jasmine's responding to the BPI test was valid and suggested that she has difficulty with impulsivity, social adjustment, and withdrawn behaviors are persistent.

5. The MMPI-2-RF and the BPI further revealed that Jasmine experiences life with indifference and that she is largely unmotivated and unconcerned about her circumstances. Further, her behaviors are likely skewed towards combative or hostile consequences. According to Mrs. Isaacs's observations, she believes that often she is regarded by others as insensitive of rules and laws, lacking awareness of her impact on others, and unaware on how others may take exception to her conduct. Further, while the testing indicated that she is not able to think in a manner that can better manage her life in a more constructive, consistent manner, Jasmine would best benefit from psychotherapy geared towards individuals who present with adaptive life skill problems as well as present with a history of doing poorly within non-structured, peer-normed environments.

6. Due to her tendency to be guarded and present with limits toward interpersonal exchange, equine therapy strategies focused on prosocial activity may assist and serve Jasmine with building necessary social skills, trust, and commitment. Further, service providers who have access to a number of enrichment groups could help Jasmine by building her self esteem. Arguably, such services would also assist Jasmine to invest in life and her circumstances more willingly regardless of her principal diagnosis.

7. Within the next 6-months, upon consideration of the aforementioned recommendations, consultation on Jasmine's emotional and behavioral functioning should be reviewed by her family and service provider(s) vested in her treatment. If her presenting issues persist, behavioral goals should reflect these concerns and adjust appropriately, in order to identify and reduce any personal, social, or environmental factors that could negatively affect positive outcomes.

*[signature]*  
Lawanda Harmon, PhD  
Psychometrist/ Associate Post-Doc Psychologist  
Date: 2-21-2019

*[signature]*  
Nathaniel A. Wilson III, PsyD  
Licensed Psychologist #2857 (Georgia)  
Date: 2-21-2019

**Recommendations and diagnoses provided in this report reflect data gathered from interviews, observations, background information, and tests administered, when appropriate as well as collateral contacts (if any). The availability of additional Information could affect these impressions.**