UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

GAIL ISAACS, in her individual )
Capacity and as mother of Jasmine )
Isaacs, and JASMINE ISAACS in )
her individual capacity, )
)
    Plaintiff, )
)
v. )  CIVIL ACTION FILE
)  NUMBER: 2:20-cv-00087-SCJ
Barrow County Board of )
Education; Barrow County )
School System; Dr. Chris )
MCMICHAEL in his official and )
individual capacity; Lynn )
STEVENS in her official and )
individual capacity; Rickey )
BAILEY in his official and )
individual capacity; Debi B. )
KRAUSE in her official and )
individual capacity; Dr. Garey H. )
HUFF, Sr. in his official and )
individual capacity; Lisa )
MALOOF in her official and )
individual capacity; Beverly )
KELLEY in her official and )
individual capacity; Bill RITTER )
in his official and individual )
capacity; Jordan RAPER in his )
official and individual capacity; )
Stephanie GOBER BRAMLETT )
in her official and individual )
capacity; Jennifer MARTIN, and )
Angela BOYD, in her official and )
individual capacities; Keith )

their face. The Crowe Defendants hereby join in the Remaining Defendants Motion to Strike in the following, limited manner.

Plaintiffs' Counsel contacted Crowe Defendants' counsel requesting an extension of time to file their Amended Complaint, which was granted by Crowe Defendants' Counsel. While it appears Plaintiffs' counsel may have failed to procure the Remaining Defendants' consent to the extension of time to file their Amended Complaint, Crowe Defendants do not hereby move to have the Amended Complaint completely stricken.

However, to the extent that Plaintiffs' Counsel attempts to add Plaintiff Jasmine Isaac's mother, Gail Isaacs, as an additional party plaintiff, the Crowe Defendants object to her inclusion and hereby respectfully request this Court strike her from the Amended Complaint for the reasons stated in the Remaining Defendants' Motion to Strike and Memorandum of Law. [Doc. 30]. The Crowe Defendants further show that Plaintiffs Counsel's intention to add Gail Isaacs was never noted in the Joint Preliminary Report and Discovery Plan [Doc. 13] submitted by Plaintiff(s) and the Remaining Defendants. Pursuant to this Court's Scheduling Order [Doc.24], this Court approved the Joint Preliminary Report and Discovery Plan [Doc.13; 24]. While Plaintiffs' Counsel noted he intended to add

Clayton Crowe to his Amended Complaint, he completely omitted the proposed inclusion of Gail Isaacs.

Respectfully submitted this 28th day of September, 2020.

        HULSEY, OLIVER & MAHAR, LLP

        /s/ *T. Burns Marlow*
        T. Burns Marlow
        Georgia Bar No.: 439195
        P.O. Box 1457
        Gainesville, GA 30503
        Tbm@homlaw.com
        Attorneys for Keith B. Crowe, Tonya R. Crowe, and Clayton Crowe

        /s/ *Abbott S. Hayes, Jr.*
        Abbott S. Hayes, Jr.
        Georgia Bar No.: 399749
        P.O. Box 1457
        Gainesville, GA 30503
        ash@homlaw.com
        Attorneys for Keith B. Crowe, Tonya R. Crowe, and Clayton Crowe

TBM: 16890/14488/W242174

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| GAIL ISAACS, in her individual ) <br> Capacity and as mother of Jasmine ) <br> Isaacs, and JASMINE ISAACS in ) <br> her individual capacity, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Barrow County Board of ) <br> Education; Barrow County ) <br> School System; Dr. Chris ) <br> MCMICHAEL in his official and ) <br> individual capacity; Lynn ) <br> STEVENS in her official and ) <br> individual capacity; Rickey ) <br> BAILEY in his official and ) <br> individual capacity; Debi B. ) <br> KRAUSE in her official and ) <br> individual capacity; Dr. Garey H. ) <br> HUFF, Sr. in his official and ) <br> individual capacity; Lisa ) <br> MALOOF in her official and ) <br> individual capacity; Beverly ) <br> KELLEY in her official and ) <br> individual capacity; Bill RITTER ) <br> in his official and individual ) <br> capacity; Jordan RAPER in his ) <br> official and individual capacity; ) <br> Stephanie GOBER BRAMLETT ) <br> in her official and individual ) <br> capacity; Jennifer MARTIN, and ) | CIVIL ACTION FILE <br> NUMBER: 2:20-cv-00087-RWS |

| | |
|---|---|
| Angela BOYD, in her official and individual capacities; Keith B. CROWE and Tonya R. CROWE in their individual Capacity and as the guardians of Clayton Crowe; and Clayton CROWE in his individual capacity.<br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed **KEITH B. CROWE, TONYA R. CROWE, AND CLAYTON CROWE'S MOTION TO STRIKE** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notifications of such filing to the following attorneys of record:

**Daniel R. Meachum**
Daniel R. Meachum & Associates, L.L.C.
260 Peachtree Street NW, Suite 502
Atlanta, GA 30303
dmeachum@dmeachumlaw.com

**Daniel Robert Murphy**
Lewis & Murphy, LLP
149 W. Athens Street
Winder, GA 30680
Danmurphy_1@msn.com

**Michael C. Pruett**
Hall Booth Smith, P.C. – Ath
440 College Avenue North, Suite 120

Athens, GA 30601
Mpruett@hallboothsmith.com

This 28th day of September, 2020.

HULSEY, OLIVER & MAHAR, LLP

/s/ *T. Burns Marlow*
T. Burns Marlow
Georgia Bar No.: 439195
P.O. Box 1457
Gainesville, GA 30503
Tbm@homlaw.com
Attorneys for Keith B. Crowe, Tonya R. Crowe, and Clayton Crowe

/s/ *Abbott S. Hayes, Jr.*
Abbott S. Hayes, Jr.
Georgia Bar No.: 399749
P.O. Box 1457
Gainesville, GA 30503
ash@homlaw.com
Attorneys for Keith B. Crowe, Tonya R. Crowe, and Clayton Crowe